IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| RICHARD E. COVINGTON,<br><br>Plaintiff,<br><br>vs.<br><br>PETER BLUDWORTH, MS. COMBS,<br>and W. FUSON,<br><br>Defendants. | CV 23-61-H-DWM<br><br>ORDER |

Plaintiff Richard E. Covington has moved to dismiss this matter with prejudice. (Doc. 23.) Federal Rule of Civil Procedure 41(a)(2) provides an avenue for voluntary dismissal. Accordingly, IT IS ORDERED that Covington's Motion to Dismiss is GRANTED. The above-referenced matter is DISMISSED with prejudice. The Clerk of Court is directed to close the case.

DATED this 5 day of August, 2024.

_____
Donald W. Molloy, District Judge
United States District Court